# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ANNE L. MEDLEY,<br><br>    Plaintiff,<br><br>v.<br><br>SILVER SCRIPT INSURANCE CO.,<br><br>    Defendant. | Case No. 18-CV-616-JPS<br><br><br>**ORDER** |
| ANNE L. MEDLEY,<br><br>    Plaintiff,<br><br>v.<br><br>MEMPHIS LIGHT GAS AND WATER - MLGW,<br><br>    Defendant. | Case No. 18-CV-625-JPS<br><br><br>**ORDER** |
| ANNE L. MEDLEY,<br><br>    Plaintiff,<br><br>v.<br><br>RENT MORTGAGE ASSISTANCE,<br><br>    Defendant. | Case No. 18-CV-626-JPS<br><br><br>**ORDER** |

| | |
|---|---|
| ANNE L. MEDLEY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DENTAL CARES,<br><br>　　　　　Defendant. | Case No. 18-CV-976-JPS<br><br><br>**ORDER** |
| ANNE L. MEDLEY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART AND STAFF,<br><br>　　　　　Defendant. | Case No. 18-CV-977-JPS<br><br><br>**ORDER** |
| ANNE L. MEDLEY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CROWN CORK AND SEAL CO. INC. and CROWN CORK AND SEAL CO. INC. STAFF,<br><br>　　　　　Defendants. | Case No. 18-CV-978-JPS<br><br><br>**ORDER** |
| ANNE L. MEDLEY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES STAFF,<br><br>　　　　　Defendant. | Case No. 18-CV-979-JPS<br><br><br>**ORDER** |

| | |
|---|---|
| ANNE L. MEDLEY,<br><br>   Plaintiff,<br><br>v.<br><br>FIRST TENNESSEE BANK,<br><br>   Defendant. | Case No. 18-CV-980-JPS<br><br><br>**ORDER** |
| ANNE L. MEDLEY,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL OFFICE STAFF,<br><br>   Defendant. | Case No. 18-CV-981-JPS<br><br><br>**ORDER** |
| ANNE L. MEDLEY,<br><br>   Plaintiff,<br><br>v.<br><br>LIFE LOCK and LIFE LOCK STAFF,<br><br>   Defendants. | Case No. 18-CV-982-JPS<br><br><br>**ORDER** |
| ANNE L. MEDLEY,<br><br>   Plaintiff,<br><br>v.<br><br>BUD DAVIS CADILLAC and BARBARA WRIGHT,<br><br>   Defendants. | Case No. 18-CV-983-JPS<br><br><br>**ORDER** |

| | |
|---|---|
| ANNE L. MEDLEY,<br><br>    Plaintiff,<br>v.<br><br>LOWE'S,<br><br>    Defendant. | Case No. 18-CV-984-JPS<br><br>**ORDER** |
| ANNE L. MEDLEY,<br><br>    Plaintiff,<br>v.<br><br>LARRY SHELTON and STATE FARM AND STAFF,<br><br>    Defendants. | Case No. 18-CV-985-JPS<br><br>**ORDER** |
| ANNE L. MEDLEY,<br><br>    Plaintiff,<br>v.<br><br>TRUSTMARK BANK,<br><br>    Defendant. | Case No. 18-CV-1197-JPS<br><br>**ORDER** |
| ANNE L. MEDLEY,<br><br>    Plaintiff,<br>v.<br><br>KEEP MY HOME TENNESSEE,<br><br>    Defendant. | Case No. 18-CV-1198-JPS<br><br>**ORDER** |

| | |
|---|---|
| ANNE L. MEDLEY,<br><br>        Plaintiff,<br><br>v.<br><br>TRANS UNION,<br><br>        Defendant. | Case No. 18-CV-1199-JPS<br><br>**ORDER** |
| ANNE L. MEDLEY,<br><br>        Plaintiff,<br><br>v.<br><br>EXPERIAN AND STAFF,<br><br>        Defendant. | Case No. 18-CV-1200-JPS<br><br>**ORDER** |
| ANNE L. MEDLEY,<br><br>        Plaintiff,<br><br>v.<br><br>JIMMY E. MCELROY *and Staff*,<br><br>        Defendant. | Case No. 18-CV-1201-JPS<br><br>**ORDER** |
| ANNE L. MEDLEY,<br><br>        Plaintiff,<br><br>v.<br><br>GEORGE STEVENSON,<br><br>        Defendant. | Case No. 18-CV-1202-JPS<br><br>**ORDER** |

Magistrate Judge David E. Jones has issued a recommendation to this Court that each of these cases, all brought by the same Plaintiff *pro se*, should be dismissed. No objections have been received. The Court has considered the recommendation and, in light of its agreement with Magistrate Jones' analysis, will largely adopt it.

The only portion this Court will not adopt in full is with respect to the return of Plaintiff's filing fees. Filing fees are part of the costs of litigation and are incurred upon the filing of an action. *Lucien v. DeTella*, 141 F.3d 773, 775 (7th Cir. 1998); *Jackson v. Foster*, Case No. 14-CV-1194-PP, 2015 WL 5918624, at *1 (E.D. Wis. Oct. 9, 2015) ("Congress requires courts to charge filing fees in exchange for allowing parties to file certain documents. The fee does not guarantee a particular outcome, nor does it guarantee that the case will proceed in a particular manner. Parties pay a filing fee for the privilege of *filing* the complaint.") (emphasis in original). Thus, a court need never return a filing fee to a plaintiff, and if it does so, the act is one of pure generosity. The Court determines that return of the filing fee is not appropriate in any case where the Defendant(s) responded to the complaint or otherwise noticed an appearance. Plaintiff's filing fee will be returned in all other cases.

Accordingly,

**IT IS ORDERED** that Magistrate Judge David E. Jones' report and recommendation for dismissal[1] be and the same is hereby **ADOPTED in part** in each of these actions;

---

[1] Magistrate Jones' Report and Recommendation was entered as follows: 18-CV-616 (Docket #3); 18-CV-625 (Docket #12); 18-CV-626 (Docket #3); 18-CV-976 (Docket #3); 18-CV-977 (Docket #7); 18-CV-978 (Docket #3); 18-CV-979 (Docket #6); 18-CV-980 (Docket #8); 18-CV-981 (Docket #3); 18-CV-982 (Docket #8); 18-CV-983 (Docket #3); 18-CV-984 (Docket #7); 18-CV-985 (Docket #2); 18-CV-1197 (Docket

**IT IS FURTHER ORDERED** that each of these actions be and the same is hereby **DISMISSED with prejudice**;

**IT IS FURTHER ORDERED** that the Clerk of the Court return to Plaintiff the filing fee she paid in each of the following cases: 18-CV-616, 18-CV-626, 18-CV-976, 18-CV-978, 18-CV-981, 18-CV-983, 18-CV-1197, 18-CV-1198, 18-CV-1199, 18-CV-1200, and 18-CV-1201; and

**IT IS FURTHER ORDERED** that Plaintiff be restricted from filing any new actions in the Eastern District of Wisconsin for a period of two years from the date of this Order without prior authorization of the judge to whom the case was randomly assigned. *See Support Sys. Int'l, Inc. v. Mack*, 45 F.3d 185, 186–87 (7th Cir. 1995).

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 31st day of August, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge

---

#2); 18-CV-1198 (Docket #2); 18-CV-1199 (Docket #2); 18-CV-1200 (Docket #2); 18-CV-1201 (Docket #2); and 18-CV-1202 (Docket #2).